*Mr. A. Mitchell Palmer* and *Mr. Frank Davis, Jr.,* for petitioner. *Mr. Solicitor General Beck* and *Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, for the United States.

No. 954. FOUR-IN-ONE COAL COMPANY *v.* ELI H. BROWN. May 7, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Emile Steinfeld* and *Mr. D. A. Sachs, Jr.,* for petitioner. No appearance for respondent.

No. 961. TONY PANZICH ET AL. *v.* UNITED STATES. May 7, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Frank P. Doherty* for petitioners. No brief filed for the United States.

No. 968. C. W. JOHNSON, TRUSTEE IN BANKRUPTCY, ETC. *v.* GRAINGER & COMPANY. May 7, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. D. A. Sachs, Jr.,* and *Mr. Emile Steinfeld* for petitioner. No appearance for respondent.

No. 983. MOE H. BARON ET AL. *v.* UNITED STATES. May 7, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Edmund H. Moore* for petitioners. *Mr. Solicitor General Beck* and *Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, for the United States.

No. 989. A. BALDINI *v.* UNITED STATES. May 7, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mrs. Annette*